1 | James G. Gilliland, Jr. (SBN 107988)
Mehrnaz Boroumand Smith (SBN 197271)
2 | Steven D. Moore (*pro hac vice*)
Robert J. Artuz (SBN 227789)
3 | KILPATRICK TOWNSEND & STOCKTON LLP
Eighth Floor, Two Embarcadero Center
4 | San Francisco, CA 94111
Telephone: (415) 576-0200
5 | Facsimile: (415) 576-0300
Emails: jgilliland@kilpatricktownsend.com
6 | mboroumand@kilpatricktownsend.com
smoore@kilpatricktownsend.com
7 | rartuz@kilpatricktownsend.com

8 | Attorneys for Defendants and Counterclaim Plaintiffs
ORACLE CORPORATION, ORACLE AMERICA, INC.
9 | AND ORACLE INTERNATIONAL CORPORATION

10 | Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 | 715 Hearst Avenue, Suite 202
Berkeley, CA 94710
12 | Telephone: (510) 725-3000
Facsimile: (510) 725-3001
13 | Email: jefff@hbsslaw.com

14 | Steve W. Berman (*Pro Hac Vice*)
Mark S. Carlson (*Pro Hac Vice*)
15 | HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
16 | Seattle, WA 98101
Telephone: (206) 623-7292
17 | Facsimile: (206) 623-0594
Emails: steve@hbsslaw.com
18 | markc@hbsslaw.com

19 | Attorneys for Plaintiff and Counterclaim Defendant THOUGHT, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOUGHT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendants. | Civil Action No. C 12-5601 WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' INVALIDITY CONTENTIONS** |



1    TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS the Parties have agreed to a new date of August 2, 2013, for Defendants to file its Invalidity Contentions, as set forth in the proposed schedule included in Section VIII of the Joint Case Management Statement, filed July 12, 2013 (Dkt. 37);

WHEREAS, as set forth in that proposed schedule, the Parties have agreed to extend other dates related to Patent L.R. 3 and Patent L.R. 4, which dates had been adopted by the Court in this case but which dates have not yet passed;

WHEREAS the Parties' stipulation does not affect the currently scheduled Claim construction tutorial or Claim construction hearing and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules;

IT IS STIPULATED by the parties that Defendants' Invalidity Contentions are due on August 2, 2013.

Respectfully submitted,

Dated: July 18, 2013     HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Mark S. Carlson*
    Steve W. Berman (*pro hac vice*)
    Mark S. Carlson (*pro hac vice*)
    Jeff D. Friedman (SBN 173886)

Attorneys for Plaintiff
Thought, Inc.

Dated: July 18, 2013     KILPATRICK TOWNSEND & STOCKTON LLP

*By: /s/ Robert J. Artuz*
    James G. Gilliland, Jr. (SBN 107988)
    Mehrnaz Boroumand Smith (SBN 197271)
    Steven D. Moore (*pro hac vice*)
    Robert J. Artuz (SBN 227789)

Attorneys for Defendants
Oracle Corporation, Oracle America, Inc., and
Oracle International Corporation



<u>Filer's Attestation</u>

Pursuant to Civil Local Rule 5-1(i)(3), Robert Artuz, hereby attests that the above-named signatories concur in this filing.

DATED: July 18, 2013

　　　　　　　　　　　　　　　　　　　　*/s/ Robert J. Artuz*
　　　　　　　　　　　　　　　　　　　　Robert J. Artuz

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:__July 18, 2013_____

　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

65563924V.1



STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANTS' INVALIDITY CONTENTIONS　　　　　- 3 -
CASE NO. C 12-5601 WHO