Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice* Application to be filed)
Mark S. Carlson (*Pro Hac Vice* Application to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Attorneys for Plaintiff
Thought, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHT, INC., a California corporation, | Civil Action No. C12-5601 WHO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO AMEND SCHEDULE FOR CLAIM CONSTRUCTION DISCLOSURES |
| ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC, a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation | NOTED FOR DECISION: November 8, 2013 |
| Defendants. | **DEMAND FOR JURY TRIAL** |

In view of the Court's order requiring Thought to reduce the number of asserted claims and Oracle to reduce its asserted prior art references (*Dkt.* 50), the undersigned parties agree that it would be appropriate to extend the deadlines for claim construction disclosures and related deadlines provided by this Court's scheduling order (*Dkt.* 40) and the Northern District of

California Patent Local Rules to take into account claim and prior art reductions.  Accordingly, the undersigned parties jointly request that the Court adopt the following disclosure deadlines:

1.  November 12, 2013:  Exchange of proposed terms for construction.  Patent L.R. 4-1(a).

2.  November 15, 2013:  Parties must meet and confer for the purpose of limiting the number of terms for construction.  Patent L.R. 4-1(b).

3.  November 22, 2013:  Parties exchange proposed constructions, intrinsic evidence, and extrinsic evidence.  Patent  L.R. 4-2(a)-(b).

4.  December 4, 2013:  Parties meet and confer for the purposes of narrowing issues, identifying the ten most important terms, and preparing the joint claim construction statement.  Patent L.R. 4-2(c).

5.  December 11, 2013:  Joint claim construction statement.  Patent L.R. 4-3.

6.  December 20, 2013:  Close of claim construction discovery.

7.  January 16, 2014:  Plaintiff's opening claim construction brief.  Patent L.R. 4-5(a).

8.  February 13, 2014:  Defendant's opening claim construction brief.  Patent L.R. 4-5(b).

9.  February 28, 2013:  Plaintiff's reply claim construction brief.  Patent L.R. 4-5(c).

Respectfully submitted this 8th day of November, 2013.

005006-11  562854V1

1

HAGENS BERMAN SOBOL SHAPIRO LLP

2

By */s/ Steve W. Berman*
            Steve W. Berman (*Pro Hac Vice*)

3

Jeff D. Friedman (173886)

4

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

5

Berkeley, CA 94710
Telephone:  (510) 725-3000

6

Facsimile:   (510) 725-3001
jefff@hbsslaw.com

7

Mark S. Carlson (*Pro Hac Vice*)

8

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300

9

Seattle, WA 98101
Telephone:  (206) 623-7292

10

Facsimile:   (206) 623-0594
steve@hbsslaw.com

11

markc@hbsslaw.com

12

*Attorneys for Plaintiff*
*Thought, Inc.*

13

14

KILPATRICK TOWNSEND & STOCKTON LLP

15

By */s/ Steven D. Moore*
            Steven D. Moore

16

JAMES G. GILLILAND, JR.

17

MEHRNAZ BOROUMAND SMITH
STEVEN D. MOORE

18

BENJAMIN M. KLEINMAN-GREEN
Eighth Floor, Two Embarcadero Center

19

San Francisco, CA  94111
Telephone:     415 576 0200

20

Facsimile:      415 576 0300
smoore@kilpatricktownsend.com

21

jgilliland@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com

22

bkleinman-green@kilpatricktownsend.com

23

ROBERT J. ARTUZ
1080 Marsh Road

24

Menlo Park, CA  94025
Telephone:     650 326 2400

25

Facsimile:      650 326 2422
rjartuz@kilpatricktownsend.com

26

*Attorneys for Defendants*
*ORACLE CORPORATION, ORACLE AMERICA,*

27

*INC. and ORACLE INTERNATIONAL*
*CORPORATION*

28

1

2    PURSUANT TO THE STIPULATION, IT IS SO ORDERED

3

4    Dated:  November 12, 2013

5                                                    _____

6                                                    HON. WILLIAM H. ORRICK
                                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF CONCURRENCE**

Pursuant to Rule 5-1(i) of the Civil Local Rules for the Northern District of California, I, Steve W. Berman, attest that Steven D. Moore has concurred in the filing of this document, per email communications dated November 8, 2013.

DATED:  November 8, 2013.


/s/ *Steve W. Berman*
Steve W. Berman (*Pro Hac Vice*)

- 3 -

**PROOF OF SERVICE**

    I hereby certify that on November 8, 2013, foregoing document was electronically filed using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.  Any non-CM/ECF participants will be served by electronic mail, facsimile and/or overnight delivery.

                                                  /s/ *Steve W. Berman*
                                             Steve W. Berman

005006-11  562854V1