UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHT, INC., <br> Plaintiff, <br> v. <br> ORACLE CORPORATION, et al., <br> Defendants. | Case No. 12-cv-05601-WHO (WHO) <br><br> **ORDER RE MOTION FOR CLARIFICATION OR RECONSIDERATION** <br><br> Re: Dkt. No. 54 |

Currently before the Court is Oracle's motion for clarification or reconsideration of the Court's October 10, 2013 Order Limiting Claims (Docket No. 50). The Court is inclined to GRANT the motion for clarification and to clarify that "a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist."

To date, plaintiff has not responded to Oracle's motion. If Thought wishes to comment on that motion or the Court's current intention, Thought shall file a response of no more than five (5) pages on or before Wednesday November 20, 2013.

**IT IS SO ORDERED**.

Dated: November 14, 2013

_____
WILLIAM H. ORRICK
United States District Judge