1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jgilliland@kilpatricktownsend.com
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  mboroumand@kilpatricktownsend.com
   STEVEN D. MOORE (State Bar No. 290875)
4  smoore@kilpatricktownsend.com
   BENJAMIN M. KLEINMAN-GREEN (State Bar No. 261846)
5  bkleinman-green@kilpatricktownsend.com
   Eighth Floor, Two Embarcadero Center
6  San Francisco, CA  94111
   Telephone:   415 576 0200
7  Facsimile:   415 576 0300

8  KILPATRICK TOWNSEND & STOCKTON LLP
   ROBERT J. ARTUZ (State Bar No. 227789)
9  rjartuz@kilpatricktownsend.com
   1080 Marsh Road
10 Menlo Park, CA  94025
   Telephone:   650 326 2400
11 Facsimile:   650 326 2422

12 Attorneys for Defendants
   ORACLE CORPORATION, ORACLE AMERICA, INC.
13 AND ORACLE INTERNATIONAL CORPORATION

14

15           **UNITED STATES DISTRICT COURT**

16        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18 | THOUGHT, INC., a California corporation, | Civil Action No. C12-5601 WHO |
|---|---|
19 |             Plaintiff, | **ORDER GRANTING** |
|  |  | **DEFENDANTS' UNOPPOSED MOTION** |
20 |        v. | **REQUESTING THE RESCHEDULING** |
|  |  | **OF MARKMAN TUTORIAL** |
21 | ORACLE CORPORATION, a Delaware | |
   | corporation; ORACLE AMERICA, INC. a | |
22 | Delaware corporation; and ORACLE | |
   | INTERNATIONAL CORPORATION, a | |
23 | California corporation, | |
24 |             Defendants. | |

25

26       THIS MATTER comes before the Court on Defendants Oracle Corporation, Oracle

27 America, Inc., and Oracle International Corporation ("Oracle") Unopposed Motion Requesting the

28 Rescheduling of Markman Tutorial.



1    The Court, having reviewed and considered the request in this matter, hereby GRANTS

2    Oracle's Unopposed Motion Requesting the Rescheduling of Markman Tutorial and sets the

3    Markman Tutorial for the following date and time:

4    June _____24_____, 2014 at _3:00 p.m._ Courtroom 12, 19th Floor

5

6    **IT IS SO ORDERED.**

7

8    _____
     William H. Orrick
9    United States District Court Judge

10   66196017V.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION REQUESTING
THE RESCHEDULING OF MARKMAN TUTORIAL; CASE NO. C12-5601 WHO          - 2 -