UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-05601-WHO<br><br>**ORDER TO FILE SUPPLEMENTAL DECLARATION** |

    Defendant shall e-file the Supplemental Declaration of Anthony Hosking, submitted to the Court during the June 27, 2014 *Markman* hearing.  The Court will decide whether to review and rely on that supplemental declaration when it issues its claim construction order.

    **IT IS SO ORDERED**.

Dated: June 30, 2014

                                             WILLIAM H. ORRICK<br>
                                             United States District Judge