1  ALL COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOUGHT, INC., a California corporation, | Civil Action No. C12-5601 WHO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MODIFYING OTHER DEADLINES** |
| ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | |
| Defendants. | |



STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MODIFYING OTHER DEADLINES
CASE NO. C12-5601 WHO

1    Pursuant to Civil Local Rules 16-2(e) and 7-12, Defendants Oracle Corporation, Oracle
2    America, Inc., and Oracle International Corporation (collectively, "Oracle") and Plaintiff Thought,
3    Inc. hereby stipulate and jointly request that the Court continue the November 19, 2014 case
4    management conference by **two weeks** and modify other deadlines as follows:

5    WHEREAS the parties' case management conference is currently scheduled for
6    November 19, 2014 and the case management conference statement is due on November 13, 2014
7    (Dkt. No. 116);

8    WHEREAS Oracle has a scheduling conflict on November 19 due to a hearing before the
9    Patent Trial and Appeal Board on November 18 in Alexandria, VA concerning Oracle's IPR
10   petitions on three of the patents-in-suit;

11   WHEREAS there is already a hearing scheduled before the Court on December 3, 2014
12   concerning Oracle's Motion for Leave to Amend Its Invalidity Contentions (Dkt. No. 114) and it
13   would be convenient to combine that hearing with the case management conference;

14   WHEREAS Thought's Final Election of Asserted Claims is due on November 19, 2014
15   and Oracle's Final Election of Asserted Prior Art is due on December 3, 2014 (Dkt. No. 50), and
16   the parties wish to extend these deadlines to allow more time for the parties to make their
17   respective elections;

18   WHEREAS the parties wish to modify the above-referenced dates as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to file Joint Case Management Conference Statement | November 13, 2014 | November 25, 2014 |
| Case Management Conference | November 19, 2014 at 2 p.m. | December 3, 2014 at 2 p.m. |
| Deadline for Final Election of Asserted Claims | November 19, 2014 | December 10, 2014 |
| Deadline for Final Election of Asserted Prior Art | December 3, 3014 | December 27, 2014 |

25   WHEREAS, in view of the above reasons, good cause exists for the requested continuance
26   and modifications;

27   WHEREAS the Parties' stipulation does not affect any other dates in the case schedule or
28   otherwise accelerate or extend any other time frames set in the Local Rules or in the Federal



STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
MODIFYING OTHER DEADLINES                                                                      - 1 -
CASE NO. C12-5601 WHO

Rules;

THEREFORE, the parties stipulate to and respectfully request that the case management conference dates be continued and the deadlines for the parties to make final elections of asserted claims and prior art be modified as outlined above.

Respectfully submitted,

Dated: November 5, 2014    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Mark S. Carlson*
Steve W. Berman (*Pro Hac Vice*)
Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Emails:   steve@hbsslaw.com
          markc@hbsslaw.com

Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:    jefff@hbsslaw.com

*Attorneys for Plaintiff*
*Thought, Inc.*

Dated:  November 5, 2014    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Robert J. Artuz*
Robert J. Artuz (SBN 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:    rartuz@kilpatricktownsend.com

James G. Gilliland, Jr. (SBN 107988)
Mehrnaz Boroumand Smith (SBN 197271)
Steven D. Moore (SBN 290875)
Benjamin M. Kleinman-Green (SBN. 261846)
Sara B. Giardina (SBN 278954)



STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
MODIFYING OTHER DEADLINES                                         - 2 -
CASE NO. C12-5601 WHO

```
                                    Kevin J. O'Brien (SBN 278823)
                                    KILPATRICK TOWNSEND & STOCKTON LLP
                                    Eighth Floor, Two Embarcadero Center
                                    San Francisco, CA  94111
                                    Telephone: (415) 576-0200
                                    Facsimile:  (415) 576-0300
                                    Emails:   jgilliland@kilpatricktownsend.com
                                              mboroumand@kilpatricktownsend.com
                                              smoore@kilpatricktownsend.com
                                              bkleinman-green@kilpatricktownsend.com
                                              sgiardina@kilpatricktownsend.com
                                              kobrien@kilpatricktownsend.com
```

*Attorneys for Defendants*
*Oracle Corporation, Oracle America, Inc., and*
*Oracle International Corporation*

Filer's Attestation

Pursuant to Civil Local Rule 5-1(i)(3), Robert Artuz, hereby attests that the above-named signatories concur in this filing.

DATED: November 5, 2014

　　　　　　　　　　　　　　　　　　　　　 */s/ Robert J. Artuz*
　　　　　　　　　　　　　　　　　　　　　    Robert J. Artuz

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:_November 5, 2014_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

