UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOUGHT, INC., | |
|---|---|
| Plaintiff, | Case No. 12-cv-05601-WHO |
| v. | **BRIEFING SCHEDULE ON MOTION FOR RELIEF** |
| ORACLE CORPORATION, et al., | Re: Dkt. No. 139 |
| Defendants. | |

Thought seeks relief from a non-dispositive discovery order issued by Judge James. Dkt. No. 139. Oracle shall file a five page response on or before **April 30, 2015**, and the matter will be taken under submission.

**IT IS SO ORDERED**.

Dated: April 24, 2015

WILLIAM H. ORRICK
United States District Judge