1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone:  (510) 725-3000
   Facsimile:  (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*Pro Hac Vice*)
   Mark S. Carlson (*Pro Hac Vice*)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
7  Seattle, WA  98101
   Telephone:  (206) 623-7292
8  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
9  markc@hbsslaw.com

10 Attorneys for Plaintiff
   Thought, Inc.

11

12                      IN THE UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                            SAN FRANCISCO DIVISION

14

15 THOUGHT, INC., a California corporation,      )
                                                 )      Civil Action No. 3:12-05601-WHO
16                                 Plaintiff,     )
                                                 )      **ORDER GRANTING THOUGHT'S**
17        v.                                      )      **NON-CONTESTED MOTION TO**
                                                 )      **CONTINUE STATUS CONFERENCE**
18 ORACLE CORPORATION, a Delaware                 )      **[DKT. NO. 153]**
   corporation; ORACLE AMERICA Inc., a           )
19 Delaware corporation; and ORACLE              )
   INTERNATIONAL CORPORATION, a                  )
20 California corporation,                        )      Judge: Hon. William H. Orrick
                                                 )
21                                                )
                                   Defendants.    )
22                                                )

23

24

25

26

27

28

1

2

THIS MATTER comes before the Court upon Plaintiff Thought, Inc.'s ("Thought") Non-Contested Motion to Continue Status Conference [Dkt. No. 153].

3

4

The Court, having reviewed and considered the non-contested motion, hereby GRANTS Thought's Non-Contested Motion to Continue Status Conference.  **The continued date for the**

5

**further Case Management Conference is September 8, 2015 at 2:00 p.m.**

6

7

IT IS SO ORDERED.

8

Dated:  August 14, 2015

9

10

Honorable William H. Orrick
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
NON-CONTESTED MOTION
005006-11  801128 V1

- 1 -

Case No. 12-05601-WHO