UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHT, INC.,<br>　　　　Plaintiff,<br>　　v.<br>ORACLE CORPORATION, et al.,<br>　　　　Defendants. | Case No. 12-cv-05601-WHO   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 159 |

On August 24, 2015, the parties filed a joint discovery letter regarding Thought's request for documents evidencing unit sales and revenue. Having reviewed the parties' positions, the Court finds some or all of this dispute may be resolved after the deposition of Nick Hooton, Oracle's Vice President in Finance and Corporate Financial Planning and Analysis. Accordingly, Thought's request is DENIED WITHOUT PREJUDICE. If the parties are unable to resolve their dispute after Mr. Hooton's deposition, they shall meet and confer in compliance with the undersigned's Discovery Standing Order and file an updated joint letter if necessary.

**IT IS SO ORDERED.**

Dated: August 28, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge