# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOUGHT, INC., a California corporation, | Civil Action No. C12-5601 WHO |
| Plaintiff, | **ORDER GRANTING IN PART JOINT MOTION TO SHORTEN TIME FOR COURT TO HEAR MOTIONS TO STRIKE** |
| v. | |
| ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | |
| Defendants. | |



1. THIS MATTER comes before the Court on Defendants' (Oracle Corporation, Oracle America Inc., and Oracle International Corporation, collectively "Oracle") and Plaintiff's (Thought, Inc.) Joint Motion to Shorten Time pursuant to Civil Local Rule 6-3. The Court, having reviewed and considered the briefing in this matter and all relevant factual statements therein, hereby GRANTS the Joint Motion to Shorten Time.

The briefing and hearing schedule on the parties' Motions to Strike is as follows:

**Opening Briefs** – August 31, 2015

**Opposition Briefs** – September 11, 2015

**Reply Briefs** – September 16, 2015

**Hearing on Motions** –September 30, 2015

The parties may discuss the implications of the hearing date on the rest of the case schedule at the Case Management Conference on September 8, 2015.

**IT IS SO ORDERED.**

DATED: September 1, 2015

_____
Honorable William H. Orrick
United States District Judge

65681880V.1

