UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHT, INC.,<br>        Plaintiff,<br>    v.<br>ORACLE CORPORATION, et al.,<br>        Defendants. | Case No. 12-cv-05601-WHO   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 185 |

Plaintiff Thought, Inc. moves for an order compelling Defendant Oracle response to its Requests for Production seeking financial information regarding all Oracle products from October 2006 to the present that were combined and distributed with the accused TopLink or EclipseLink products. Jt. Ltr., Dkt. No. 185. However, discovery in this case closed on October 7, 2015. Dkt. No. 166. Pursuant to Civil Local Rule 37-3, "no motions to compel discovery may be filed more than 7 days after the discovery cut-off." Accordingly, the undersigned magistrate judge is without jurisdiction to consider Thought's request.

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge