| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>JAMES G. GILLILAND, JR. (SBN 107988)<br>jgilliland@kilpatricktownsend.com<br>MEHRNAZ BOROUMAND SMITH (SBN 197271)<br>mboroumand@kilpatricktownsend.com<br>STEVEN D. MOORE (SBN 290875)<br>smoore@kilpatricktownsend.com<br>ROBERT J. ARTUZ (SBN 227789)<br>rjartuz@kilpatricktownsend.com<br>BENJAMIN M. KLEINMAN-GREEN (SBN 261846)<br>bkleinman-green@kilpatricktownsend.com<br>KEVIN J. O'BRIEN (SBN 278823)<br>kobrien@kilpatricktownsend.com<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, California  94111<br>Telephone:   (415) 576-0200<br>Facsimile:   (415) 5760-0300<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>BRYAN STUART FOSTER (*pro hac vice*)<br>bfoster@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, North Carolina  27101<br>Telephone:   (336) 607-7300<br>Facsimile:   (336) 607-7500<br><br>Attorneys for Defendants<br>ORACLE CORPORATION, ORACLE AMERICA, INC., and ORACLE INTERNATIONAL CORPORATION | JEFF D. FRIEDMAN (SBN 173886)<br>jefff@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California  94710<br>Telephone:   (510) 725-3000<br>Facsimile:    (510) 725-3001<br><br>STEVE W. BERMAN (*Pro Hac Vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*Pro Hac Vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:   (206) 623-7292<br>Facsimile:    (206) 623-0594<br><br>Attorneys for Plaintiff<br>THOUGHT, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOUGHT, INC.,<br>a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>             Defendants. | Civil Action No. C12-5601-WHO<br><br>**JOINT STIPULATION MODIFYING CASE SCHEDULE; ORDER** |



JOINT STIPULATION MODIFYING CASE SCHEDULE
Case No. C12-5601-WHO

Pursuant to the parties' discussions with the Court on September 30, 2015 regarding submitting modifications to the case schedule, Plaintiff Thought, Inc. and Defendants Oracle Corporation, Oracle America, Inc., and Oracle International Corporation jointly submit this stipulation. The parties respectfully move this Court to amend the scheduling order in the matter as set forth below:

| Event | Current Deadline | Parties' Agreed Upon Deadline |
|---|---|---|
| Last day to complete fact depositions (with only remaining deposition being that of third party Bill Dudney) | October 7, 2015 | November 6, 2015 |
| Expert disclosure (opening reports) | October 27, 2015 | December 4, 2015 |
| Expert rebuttal (rebuttal reports) | November 24, 2015 | January 18, 2016 |
| Expert discovery cutoff | December 11, 2015 | February 8, 2016 |
| Dispositive motions filed | December 22, 2015 | February 22, 2016 |
| Responses to dispositive motions due | January 26, 2016 | March 21, 2016 |
| Replies to dispositive motions due | March 1, 2016 | April 1, 2016 |
| Hearing on dispositive motions | March 23, 2016 | April 20, 2016 |

Dated: October 29, 2015

KILPATRICK TOWNSEND & STOCKTON LLP


By: ____/s/ *Mehrnaz Boroumand Smith*____
       Mehrnaz Boroumand Smith

Attorneys for Defendants
ORACLE CORPORATION, ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION

/ / /

/ / /

/ / /

/ / /



JOINT STIPULATION MODIFYING CASE SCHEDULE
Case No. C12-5601-WHO

- 1 -

Dated: October 29, 2015                                HAGENS BERMAN SOBOL SHAPIRO LLP

                                                       By:   /s/ *Steve W. Berman*
                                                              Steve W. Berman

                                                       Attorneys for Plaintiff
                                                       THOUGHT, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Mehrnaz Boroumand Smith, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2015, at San Francisco, California.

                                                        /s/ *Mehrnaz Boroumand Smith*
                                                         Mehrnaz Boroumand Smith

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 30, 2015

                                                         William H. Orrick
                                                         United States District Judge

67844745V.1

