| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>JAMES G. GILLILAND, JR. (SBN 107988)<br>jgilliland@kilpatricktownsend.com<br>MEHRNAZ BOROUMAND SMITH (SBN 197271)<br>mboroumand@kilpatricktownsend.com<br>STEVEN D. MOORE (SBN 290875)<br>smoore@kilpatricktownsend.com<br>ROBERT J. ARTUZ (SBN 227789)<br>rartuz@kilpatricktownsend.com<br>BENJAMIN M. KLEINMAN-GREEN (SBN 261846)<br>bkleinman-green@kilpatricktownsend.com<br>KEVIN J. O'BRIEN (State Bar No. 278823)<br>kobrien@kilpatricktownsend.com<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111<br>Telephone:   415 576 0200<br>Facsimile:   415 576 0300<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>BRYAN STUART FOSTER (*pro hac vice*)<br>bfoster@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Telephone:   336-607-7300<br>Facsimile:   336-607-7500<br><br>Attorneys for Defendants<br>ORACLE CORPORATION, ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION | Jeff D. Friedman (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>jefff@hbsslaw.com<br><br>Steve W. Berman (*Pro Hac Vice*)<br>Mark S. Carlson (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>markc@hbsslaw.com<br><br>Attorneys for Plaintiff<br>THOUGHT, INC. |

**UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOUGHT, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION, a Delaware corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Defendants. | Civil Action No. C12-5601 WHO<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY BRIEF AND CONTINUING HEARING DATE REGARDING ORACLE'S MOTION FOR ATTORNEYS' FEES** |



JOINT STIPULATION AND ORDER
CASE NO. C12-5601 WHO

1   Oracle Corporation, Oracle America, Inc. and Oracle International Corporation
2   (collectively, "Oracle") and Thought, Inc. (collectively, the "parties"), jointly submit this
3   Stipulation regarding Oracle's Motion for Attorneys' Fees (Dkt. No. 243).  For purposes of this
4   case only, the parties stipulate that:

5   WHEREAS, the parties have agreed to extend the deadline by which Oracle must file its
6   reply brief in support of its Motion for Attorneys' Fees from July 18, 2016 to July 25, 2016;

7   WHEREAS, the parties wish to continue the hearing date on Oracle's Motion for
8   Attorneys' Fees from August 10, 2016 to August 17, 2016;

9   WHEREAS, good cause exists to extend the briefing deadline and continue the hearing
10  date because the parties plan to meet and confer further regarding Oracle's Motion for Attorneys'
11  Fees; and

12  THEREFORE, the parties stipulate to and respectfully request that, for Oracle's Motion for
13  Attorneys' Fees (Dkt. No. 243), the reply brief deadline be extended to July 25, 2016 and the
14  hearing date be continued to August 17, 2016.

DATED:  July 16, 2016     KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Robert J. Artuz*
    ROBERT J. ARTUZ
Attorneys for Defendants
ORACLE CORPORATION, ORACLE AMERICA,
INC. and ORACLE INTERNATIONAL
CORPORATION

DATED:  July 16, 2016     HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/Mark S. Carlson (Pro Hac Vice)*
    MARK S. CARLSON

Attorneys for Plaintiff
THOUGHT, INC.



JOINT STIPULATION                                                                                   - 1 -
CASE NO. C12-5601 WHO

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Robert J. Artuz, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of July 2016, at San Francisco, California.

By: */s/ Robert J. Artuz*
ROBERT J. ARTUZ

# ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that the hearing will be continued from August 10, 2016 until **9 am on August 24, 2016**. Please note the time of the special setting.

DATED: July 16, 2016

_____
HONORABLE WILLIAM H. ORRICK